# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TILLMAN NORTH,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0162-WS-C |
| **WALDEN SCOTTS,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the complaint filed on March 15, 2007 (Doc. 4) be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

DONE and ORDERED this 5th day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE