IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TILLMAN NORTH, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0162-WS-C |
| WALDEN SCOTTS, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** the complaint filed on March 15, 2007 (Doc. 4) be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

DONE and ORDERED this 5th day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE