### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TILLMAN NORTH,  # 252941,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-00162-WS-C |
| **SCOTT WALDEN** | : |
| Defendant. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that plaintiff's complaint (Doc. 6) be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that this action be **DISMISSED** in its entirety under 28 U.S.C. § 1915(e)(2)(B).  It is further **ORDERED** that defendant Walden's motion to dismiss (Doc. 17) be **DENIED** as **MOOT.**

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

**DONE** this 24th day of October, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE