IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TILLMAN NORTH, # 252941,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 07-00162-WS-C** |
| **SCOTT WALDEN** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that plaintiff's complaint (Doc. 6) be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that this action be dismissed in its entirety under 28 U.S.C. § 1915(e)(2)(B).

**DONE** this 24th day of October, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE